IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02880-RPM

LAVERN E. BAHLMANN, JR.,

      Plaintiffs,

v.

GREAT WESTERN RAILWAY OF COLORADO, LLC,
a/k/a GREAT WESTERN RAILROAD OF COLORADO, LLC,

      Defendant.

---

ORDER SETTING TRIAL DATE

---

      Pursuant to the calendar call today, it is

      ORDERED that this matter is set for trial to jury on **May 7, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. It is

      FURTHER ORDERED that a proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on or before **April 6, 2012.** Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

      DATED:   October 28th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge