IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02880-RPM

LAVERN E. BAHLMANN, JR.,

    Plaintiffs,

v.

GREAT WESTERN RAILWAY OF COLORADO, LLC,
a/k/a GREAT WESTERN RAILROAD OF COLORADO, LLC,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [21] filed February 10, 2012, it is

    ORDERED that this civil action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

    DATED:   February 13th, 2012

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge